# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | NO. 3:18-cr-00262 |
| v. ) | |
| ) | JUDGE CAMPBELL |
| ) | |
| DVANNE K. HOWARD ) | |

## ORDER

Before the Court is the Government's Motion to Dismiss. (Doc. No. 37). On November 4, 2014, the Court issued an Order granting Defendant's Motion to Suppress Evidence. (Doc. No. 36). The Government states that, in light of the Court's Order, it would not be able to present any admissible evidence against the Defendant at trial and, therefore, requests that the Indictment in this case be dismissed.

The Motion to Dismiss is **GRANTED** pursuant to Federal Rule of Criminal Procedure 48(a). The indictment is hereby **DISMISSED** and the Clerk is directed to close the file.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE